**RINGMASTER, INC., et al.**

**v.**

**COMMISSIONER OF INTERNAL REVENUE.**

**No. 17278.**

United States Court of Appeals
Eighth Circuit.

July 17, 1963.

Burnett Schwartz, St. Louis, Mo., for appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Atty. Dept. of Justice, Crane C. Hauser, Chief Counsel and Robert B. Alexander, Atty. Internal Rev. Service, and Wm. A. Friedlander, Atty. Dept. of Justice, for appellee.

PER CURIAM.

Motion of respondent to dismiss granted and Petition for review and proceeding dismissed, etc.

---

**PLUS POULTRY, INC., Appellant**

**v.**

**UNITED STATES of America.**

**No. 17356.**

United States Court of Appeals
Eighth Circuit.

July 17, 1963.

Carl D. Hall, Jr. and John W. Sublett, Tulsa, Okl. for appellant.

John W. Douglas, Asst. Atty. Gen., Charles M. Conway, U. S. Atty., and Alan S. Rosenthal and Terence N. Doyle, Attys. Dept. of Justice, Washington, D. C., for appellee.

PER CURIAM.

Appeal from District Court dismissed on dismissal of appeal by appellant. 216 F.Supp. 53.

---

**TYSON'S POULTRY, INC., Appellant,**

**v.**

**UNITED STATES of America.**

**No. 17357.**

United States Court of Appeals
Eighth Circuit.

July 17, 1963.

James B. Blair of Crouch, Blair & Cypert, Springdale, Ark., for appellant.

Charles M. Conway, U. S. Atty., Morton Hollander, Chief Appellate Section, and Terence N. Doyle, Washington, D. C., for appellee.

PER CURIAM.

Appeal from District Court dismissed on dismissal of appeal by appellant. 216 F.Supp. 53.